IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GRETCHEN VALENCIA, individually and
on behalf of all others similarly situated,

       Plaintiff,

v.                                        No. 1:18-cv-01071-KG-JKR

ARMADA SKILLED HOME CARE OF NM LLC,
ARMADA HOME HEALTHCARE OF SOCORRO, LLC,
and CHRISTOPHER TAPIA,

       Defendants.

## ORDER GRANTING MOTION TO FILE UNDER SEAL

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to File Under Seal Exhibits B, D, E, G, and H to her Memorandum in Support of Plaintiff's Motion for Conditional Certification and Issuance of Notice Under 29 U.S.C. § 216(b). The Court having considered the Motion, noting the Motion is unopposed, IT IS HEREBY ORDERED:

1.    Plaintiff's Motion to File Under Seal is GRANTED; and

2.    Exhibits B, D, E, G, and H to Plaintiff's Memorandum in Support of Plaintiff's Motion for Conditional Certification and Issuance of Notice Under 29 U.S.C. § 216(b) are to be PLACED UNDER SEAL by the Clerk of the Court.

_____
UNITED STATES DISTRICT JUDGE