IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GRETCHEN VALENCIA, individually
and on behalf of all others similarly
situated,

      Plaintiff,

vs.                                             Civ. No. 18-1071 KG/JFR

ARMADA SKILLED HOME CARE OF
NEW MEXICO, LLC; ARMADA HOME
HEALTHCARE OF SOCORRO, LLC; and
CHRISTOPHER TAPIA,

      Defendants.

ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS
<u>AND RECOMMENDED DISPOSITION</u>

THIS MATTER is before the Court on the Proposed Findings of Fact and Recommended Disposition by United States Magistrate Judge John F. Robbenhaar, filed July 23, 2020. (Doc. 61). Objections were due by no later than August 6, 2020. The parties have not filed any objections. The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions. *U.S. v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

IT IS THEREFORE ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 61) are ADOPTED;

IT IS FURTHER ORDERED that Plaintiff's Emergency Motion for Protective Order, Issuance of Corrective Notice, and Sanctions (Doc. 48) is not well taken and is DENIED;

IT IS FURTHER ORDERED that Defendants' request that Plaintiff withdraw her electronic notice with hyperlinks is DENIED.

_____
UNITED STATES DISTRICT JUDGE