IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GRETCHEN VALENCIA, individually and
on behalf of all others similarly situated,

       Plaintiff,

v.                                                        No. 1:18-cv-01071-KG-JKR

ARMADA SKILLED HOME CARE OF NM LLC,
ARMADA HOME HEALTHCARE OF SOCORRO, LLC,
and CHRISTOPHER TAPIA,

       Defendants.

### ORDER GRANTING MOTION TO EXCEED PAGE LIMIT

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion to Exceed the Exhibit Page Limit to her Motion for Rule 23 Class Certification of Their New Mexico State Law Wage and Hour Claims and Supporting Memorandum. The Court having considered the Motion, noting the Motion is unopposed, **IT IS HEREBY ORDERED**:

    1.    Plaintiff's Motion to Exceed the Exhibit Page Limit is **GRANTED**; and

    2.    Exhibits to Plaintiff's Motion for Rule 23 Class Certification of Their New Mexico State Law Wage and Hour Claims and Supporting Memorandum shall be up to **174 pages**.

_____
UNITED STATES DISTRICT JUDGE