IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GRETCHEN VALENCIA, individually and
on behalf of all others similarly situated,

      Plaintiff,

v.                                                  No. 1:18-cv-01071-KG-JKR

ARMADA SKILLED HOME CARE OF NM LLC,
ARMADA HOME HEALTHCARE OF SOCORRO, LLC,
and CHRISTOPHER TAPIA,

      Defendants.

## ORDER GRANTING MOTION TO FILE UNDER SEAL

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion to File Under Seal **Exhibits C, D, E, I, J, and M** to her Motion for Rule 23 Class Certification of Their New Mexico State Law Wage and Hour Claims and Supporting Memorandum. The Court having considered the Motion, noting the Motion is unopposed, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to File Under Seal is **GRANTED**; and

2. **Exhibits C, D, E, I, J, and M** to Plaintiff's Motion for Rule 23 Class Certification of Their New Mexico State Law Wage and Hour Claims and Supporting Memorandum are to be **PLACED UNDER SEAL** by the Clerk of the Court.

_____
UNITED STATES DISTRICT JUDGE