IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BEVERLY APODACA and NENA VIGIL, individually and on behalf of all others similarly situated,

Plaintiffs,

v. No. 1:18-cv-01071-KG-JFR

ARMADA SKILLED HOME CARE OF NM LLC, ARMADA HOME HEALTHCARE OF SOCORRO, LLC, and CHRISTOPHER TAPIA,

Defendants.

**ORDER GRANTING WITHDRAWAL OF COUNSEL**

This matter having come before the Court upon Stephan Zouras, LLC's Motion to Withdraw Appearance of Molly Elizabeth Stemper pursuant to D.N.M.LR-Civ.83.4(b), and for an Order allowing Ms. Stemper to withdraw as class counsel for Plaintiffs in this action, the Court, noting that Plaintiffs continue to be represented by counsel who have entered appearances and having reviewed the motion and the grounds, therefore FINDS that it is well-taken and shall be granted.

IT IS THEREFORE ORDERED that Molly Elizabeth Stemper shall be withdrawn as counsel for Plaintiffs Beverly Apodaca and Nena Vigil and the members of the certified class and collective action.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Submitted by:

*/s/ Teresa M. Becvar*

**STEPHAN ZOURAS, LLC**

Ryan F. Stephan (*pro hac vice*)
James B. Zouras (*pro hac vice)*
Teresa M. Becvar (*pro hac vice*)
Catherine Mitchell Duffy (*pro hac vice*)
Danielle Sweet (*pro hac vice*)
Justin Caparco (*pro hac vice*)
222 W Adams Street, Suite 2020
Chicago, IL 60606
(312) 233-1550
rstephan@stephanzouras.com
jzouras@stephanzouras.com
tbecvar@stephanzouras.com
cmitchell@stephanzouras.com
dsweet@stephanzouras.com
jcaparco@stephanzouras.com

**MOODY & STANFORD, P.C.**

Christopher M. Moody
Repps D. Stanford
4169 Montgomery Blvd. NE
Albuquerque, NM 87109
(505) 944-0033
moody@nmlaborlaw.com
stanford@nmlaborlaw.com

*Attorneys for Plaintiffs and the Class and Collective*